*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

BRYCE DIXON,

*Plaintiff-Appellant,*

v.

UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation,

*Defendant-Appellee,*

DOES, 1 to 50 inclusive,

*Defendants.*

_____

*Appeal from a Decision of the United States District Court for the Central District of California,
No. 2:21-cv-05286-VAP-AFM · Honorable Virginia A. Phillips*

## EXCERPTS OF RECORD
## INDEX VOLUME

MARK M. HATHAWAY, ESQ.
JENNA E. PARKER, ESQ.
HATHAWAY PARKER INC.
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
(213) 529-9000 Telephone
mark@hathawayparker.com
jenna@hathawayparker.com

*Attorneys for Appellant,
Bryce Dixon*



# TABLE OF CONTENTS

| Docket Entry | Description | Pages |
|---|---|---|
| **Volume 1 of 6 – Pages 1 to 27** | | |
| 67 | Judgment, Filed January 18, 2023 | 2 |
| 66 | Order Granting Motion for Summary Judgment, Filed January 18, 2023 | 3-27 |
| **Volume 2 of 6 – Pages 28 to 327** | | |
| 65 | Minutes of Motion for Summary Judgment Hearing, Filed January 9, 2023 | 29 |
| 64 | Request for Judicial Notice re Notice of Motion and Motion for Summary Judgment, Filed December 19, 2022 | 30-65 |
| 63 | Defendant University of Southern California's Responses to Plaintiff's Statement of Genuine Issues, Filed December 19, 2022 | 66-143 |
| 62 | Reply in Support of Notice of Motion and Motion for Summary Judgment, Filed December 19, 2022 | 144-160 |
| 61 | Notice of Errata Correcting Opposition to Motion for Summary Judgment, Filed December 13, 2022 | 161-162 |
| 61-1 | Declaration of Mark Hathaway in Opposition to Motion for Summary Judgment, Filed December 13, 2022 | 163-327 |
| **VOLUME 3 of 6 – Pages 328 - 627** | | |
| 61-1 | Declaration of Mark Hathaway in Opposition to Motion for Summary Judgment, Filed December 13, 2022 *(Continued from Volume 2)* | 329-612 |
| 60 | Request for Judicial Notice re Notice of Motion and Motion for Summary Judgment, Filed December 12, 2022 | 613-627 |
| **VOLUME 4 of 6 – Pages 628 - 927** | | |
| 60 | Request for Judicial Notice re Notice of Motion and Motion for Summary Judgment, Filed December 12, 2022 *(Continued from Volume 3)* | 629-731 |
| 59 | Opposition to Notice of Motion and Motion for Summary Judgment, Filed December 12, 2022 | 732-760 |
| 59-1 | Statement of Genuine Issues of Material Fact in Support of Opposition to Motion for Summary Judgment, Filed December 12, 2022 | 761-802 |
| 57 | Notice of Errata Correcting Notice of Motion and Motion for Summary Judgment, | 803-804 |

| Docket Entry | Description | Pages |
|---|---|---|
| | Filed December 5, 2022 | |
| 57-1 | Declaration of Jessica Mendelson in Support of Motion for Summary Judgment, Filed December 5, 2022 | 805-889 |
| 56 | Request for Judicial Notice re Notice of Motion and Motion for Summary Judgment, Filed December 5, 2022 | 890-927 |
| **VOLUME 5 of 6 – Pages 928 - 1227** | | |
| 56 | Request for Judicial Notice re Notice of Motion and Motion for Summary Judgment, Filed December 5, 2022 *(Continued from Volume 4)* | 929-1061 |
| 55 | Notice of Motion and Motion for Summary Judgment, Filed December 5, 2022 | 1062-1064 |
| 55-1 | Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Filed December 5, 2022 | 1065-1090 |
| 55-2 | Statement of Undisputed Facts in Support of Motion for Summary, Filed December 5, 2022 | 1091-1103 |
| 55-4 | Declaration of Jane Roe in Support of Motion for Summary Judgment, Filed December 5, 2022 | 1104-1105 |
| 55-5 | Declaration of Jody Shipper in Support of Motion for Summary Judgment, Filed December 5, 2022 | 1106-1108 |
| 44 | Answer to Amended Complaint for Damages and Injunctive Relief, Filed February 25, 2022 | 1109-1143 |
| 43 | Order Granting in Part Motion to Dismiss, Filed February 11, 2022 | 1144-1155 |
| 26 | Amended Complaint for Damages and Injunctive Relief, Filed November 15, 2021 | 1156-1219 |
| 24 | Order Granting in Part Motion to Dismiss, Filed October 20, 2021 | 1220-1227 |
| **VOLUME 6 of 6 – Pages 1228 – 1301** | | |
| 24 | Order Granting in Part Motion to Dismiss, Filed October 20, 2021 *(Continued from Volume 5)* | 1229-1235 |
| 1 | Complaint for Damages and Injunctive Relief, Filed June 29, 2021 | 1236-1292 |
| 68 | Notice of Appeal, Filed January 23, 2023 | 1293 |
| N/A | Civil Docket, United States District Court for the Central District of California (Western Division – Los Angeles), Case No. 2:21-cv-05286-VAP-AFM | 1294-1301 |