# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-55079

**Case Name** Bryce Dixon v. USC

**Hearing Location** (*city*) Pasadena

**Your Name** Mark Hathaway

List the sitting dates for the two sitting months you were asked to review:

February 5 - 9 and 12 - 16, 2024
March 4 - 8 and 25 - 29, 2024

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Appellant Bryce Dixon has prepaid international travel from March 21 - 29, 2024.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Mark Hathaway **Date** 10/04/2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** New 12/01/2018